# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Chapter 13

ROSEMARIE  A DRYDGEN                              Bankruptcy No. 21-12709-ELF

1405 E. WASHINGTON LANE

PHILADELPHIA, PA 19138-


                Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
> ROSEMARIE  A DRYDGEN
>
> 1405 E. WASHINGTON LANE
>
> PHILADELPHIA, PA 19138-

**Counsel for debtor(s), by electronic notice only.**
> DAVID OFFEN ESQUIRE
> 601 WALNUT ST., SUITE 160 WEST
>
> PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
> Office of the U.S. Trustee
> Eastern District of Pennsylvania
> 833 Chestnut Street, Suite 500
> Philadelphia, PA  19107

Date: 12/7/2021                                                          /s/ Kenneth E. West

> _____
> Kenneth E. West, Esquire
> Chapter 13 Standing Trustee