```
             IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                  :    CHAPTER 13
                             :
     Rosemarie A Drydgen     :    No.  21-12709-ELF
              Debtor         :
```

ANSWER TO MOTION OF US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 <u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. Debtor asks for a chance to get caught up.

7. Denied.

8. Denied.

9. No response is required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

<u>/s/ David M. Offen</u><br>
David M. Offen<br>
Attorney for Debtor

Dated: 01/14/2022

A copy of this Answer is being served on Denise Elizabeth Carlon, Esquire, and the Chapter 13 Trustee.