IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                              :
                                                    :         Chapter 13
Rosemarie A Drydgen                                 :
                                                    :         Bankruptcy No. 21-12709-elf
                        Debtor.                     :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 7-1 filed by the City of Philadelphia on February 8, 2022 in the amount of $10,331.61.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: February 9, 2022          **By:**    /s/ Megan N. Harper
                                            MEGAN N. HARPER
                                            Senior Attorney
                                            PA Attorney I.D. 81669
                                            City of Philadelphia Law Department
                                            Municipal Services Building
                                            1401 JFK Blvd., 5th Floor
                                            Philadelphia, PA  19102-1595
                                            215-686-0503 (phone)
                                            215-686-0588 (facsimile)
                                            Email: megan.harper@phila.gov