IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        Chapter 13

Rosemarie A Drydgen             :        Case No. 21-12709-ELF
xxx-xx-9318

        Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

    The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

    IT IS THEREFORE ORDERED that the employer of the debtor shall
deduct from the wages of the debtor, beginning with the next pay
period after receipt of the Order the sum of

                    $125.00 EVERY WEEK.

    The employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below

                                                        3/14/22
_____          _____
ERIC L. FRANK                                    DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:              David M. Offen Esq.
Kenneth E. West, Trustee             Suite 160 West, Curtis Ctr.
P.O. Box 1799                        Philadelphia, PA 19106
Memphis, TN  38101-1799              (215) 625-9600

Payroll Controller
Philadelphia Home Health Services
261 Old York Road, Suite 824
Jenkintown, PA 19046