# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rosemarie A. Drydgen<br>        Debtor<br><br>US Bank Trust National Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust, its successors and/or assigns<br>        Movant<br>  vs.<br><br>Rosemarie A. Drydgen<br>        Debtor<br><br>Kenneth E. West<br>        Trustee | CHAPTER 13<br><br><br><br><br>NO. 21-12709 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of US Bank Trust National Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust, which was filed with the Court on or about **December 1, 2021, docket number 19**.

                Respectfully submitted,


                /s/ Rebecca A. Solarz, Esq.
                _____
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: May 24, 2022