# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rosemarie A. Drydgen<br>　　　　　　Debtor(s)<br><br>US Bank Trust National Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust<br>　　　　　　Moving Party<br>　vs.<br><br>Rosemarie A. Drydgen<br>　　　　　　Debtor(s)<br>Melba B. Binns<br>　　　　　　Co-Debtor<br>and Kenneth E. West<br>　　　　　　Trustee | Chapter 13<br><br>NO. 21-12709 ELF |

## ORDER

AND NOW, this 12th day of October, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow US Bank Trust National Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trustand its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1405 East Washington Lane, Philadelphia PA 19138.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE