**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | | |
| **Rosemarie A Drydgen** | : | Case No. 21-12709-mdc |
| **xxx-xx-9318** | | |
| | | |
| **Debtor** | | |

## ORDER

AND NOW, this ___23rd___ day of _____August_____, 2023, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

*Magdeline D. Coleman*
_____
**HONORABLE MAGDELINE D. COLEMAN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**