United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12709-mdc

Rosemarie A Drydgen   Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Nov 17, 2023　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^　　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosemarie A Drydgen, 1405 E. Washington Lane, Philadelphia, PA 19138-1130 |
| 14640547 | + | City of Philadelphia, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 14640550 | + | Melba B Binns, 1405 E. Washington Lane, Philadelphia, PA 19138-1130 |
| 14640551 | + | Melba B Binns (deceased), 1405 E. Washington Lane, Philadelphia, PA 19138-1130 |
| 14640553 | + | ROBERT M MORRIS, 201 N. PRESIDENTIAL BLVD. SUITE 100, P.O. BOX 2235, Bala Cynwyd, PA 19004-6235 |
| 14640554 | + | Robertson, Anschutz, Schneid, Crane, 133 GAITHER DRIVE, SUITE F, Mount Laurel, NJ 08054-1710 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 23:40:40 | CACH, LLC, c/o Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | City of Philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd. Room 580, Philadelphia, PA 19102 |
| 14648788 | | Email/Text: bnc@atlasacq.com | Nov 17 2023 23:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14640539 | + | Email/Text: mnapoletano@ars-llc.biz | Nov 17 2023 23:40:00 | Ability Recovery Services LLC, P.O. Box 264, Taylor, PA 18517-0264 |
| 14640540 | + | Email/Text: bncnotifications@pheaa.org | Nov 17 2023 23:39:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14640546 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 23:58:58 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14640548 | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | City of Philadelphia, Law Department, Tax Unit, BANKRUPTCY GROUP - MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14644028 | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14650495 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 17 2023 23:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14640549 | | Email/Text: ECF@fayservicing.com | | |

Case 21-12709-mdc   Doc 72   Filed 11/19/23   Entered 11/20/23 00:37:37   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 17 2023 23:39:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14645744 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 17 2023 23:39:00 | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14640552 | ^ | MEBN | Nov 17 2023 23:35:05 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14640555 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 17 2023 23:39:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 14653589 | ^ | MEBN | Nov 17 2023 23:35:15 | US Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14652286 | ^ | MEBN | Nov 17 2023 23:35:31 | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14702843 | ^ | MEBN | Nov 17 2023 23:35:15 | US Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14641213 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 17 2023 23:40:40 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 14640556 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:39:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14643609 | | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:39:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 14640557 | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14640541 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14640542 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14640543 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14640544 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14640545 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: pdf900 | Total Noticed: 28 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Rosemarie A Drydgen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| ROSEMARIE A DRYDGEN | |
| Debtor | Bankruptcy No. 21-12709-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date November 17, 2023

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge